IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sheila White, | : |
|     Plaintiff(s), | : |
| | :   Case Number: 1:14cv 218 |
| vs. | : |
| | :   Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
|     Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 7, 2015 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 26, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff SSI benefits is **AFFIRMED**.  This case is hereby **TERMINATED.**

IT IS SO ORDERED.

                                                                                             s/Susan J. Dlott\
                                                                                             Judge Susan J. Dlott\
                                                                                             United States District Court